United States District Court
Southern District of Texas
**ENTERED**
January 29, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AUDENCIO G. VILLASANA, III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00013 |
| | § | |
| SHERIFF OSCAR RIVERA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff has filed a motion for voluntary dismissal, notifying the Court that he wishes to voluntarily dismiss this case without prejudice. (Doc. No. 8.) Plaintiff's motion comes in response to the Court's order for initial partial filing fee and collection (Doc. No. 7), implying that he does not wish to pay the filing fee as set forth in the order. Indeed, Plaintiff's motion states that he seeks dismissal "because I do not want to pay the filing fee in this case." (Doc. No. 8.) In accordance with Plaintiff's motion, this action is **DISMISSED without prejudice**.

The initial partial filing fee and collection order (Doc. No. 7) is **VACATED** as to any unpaid portion of the filing fee. The Clerk shall send a copy of this Order by certified or first-class mail or by other electronic means to **San Patricio County Jail, P.O. Box 1382, Sinton, Texas 78387 (Re: Audencio G. Villasana, III, ID No. 50915)**.

The Clerk is directed to **CLOSE** this case.

ORDERED on January 26, 2024.

_____
MITCHEL NEUROCK
United States Magistrate Judge

1 / 1